DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW VECHEY GALAZKA,** as successor co-trustee of the Vechey Galazka Trust and individually and **ALEXANDER VECHEY GALAZKA,** as successor co-trustee of the Vechey Galazka Trust and individually, Appellants,

v.

**ESTATE OF RONALD A. PERKINS,**
Appellee.

No. 4D15-1547

[February 3, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Krista Marx, Judge; L.T. Case No. 502014CP003941XXXXNB.

Diana Waterous Centorino of Diana Waterous Centorino, P.A., Fort Lauderdale, for appellants.

Stuart B. Klein of The Wagner Law Group, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed. See* § 732.507(2), Fla. Stat. (2011); *Carroll v. Israelson*, 169 So. 3d 239 (Fla. 4th DCA 2015).

WARNER, GROSS and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***